*v. Norfolk, &c. Ry. Co.*, 228 U. S. 326, 334; *St. Louis & San Francisco R. R. Co.* v. *Shepherd*, 240 U. S. 240, 241; *Bilby* v. *Stewart*, 246 U. S. 255, 257. *Mr. William G. Porter* for plaintiff in error. *Mr. Clarence C. Caldwell* for defendants in error.

---

No. ——, Original. *Ex parte:* IN THE MATTER OF MECCANO, LIMITED, PETITIONER. Submitted May 1, 1919. Decided May 5, 1919. Motion for leave to file petition for a writ of mandamus or a writ of prohibition denied. *Mr. Reeve Lewis* for petitioner.

---

## DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI, FROM MARCH 3, 1919, TO MAY 19, 1919.

### (A.) PETITIONS GRANTED.[1]

No. 831. CANADIAN NORTHERN RAILWAY COMPANY *v.* GUS EGGEN. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Wm. D. Mitchell* and *Mr. Pierce Butler* for petitioner. *Mr. Tom Davis* and *Mr. Ernest A. Michel* for respondent.

---

No. 842. GEORGE R. BROADWELL *v.* BOARD OF COUNTY COMMISSIONERS OF CARTER COUNTY, OKLAHAMA. March 10, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma granted. *Mr. Charles L. Moore* and *Mr. George P. Glaze* for petitioner. No appearance for respondent.

---

[1] For petitions denied, see *post*, 598.